# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. **CV 20-9004-SB (PLA)**                                   Date **January 13, 2021**

Title:  **Gregory R. Miranda and Joanna Padilla v. Robert Guzman Luna, et al.**

---

**PRESENT: THE HONORABLE    PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of October 27, 2020, plaintiffs were ordered to file two copies of the Proof of Service of the Summons and Complaint in this matter showing compliance with the Court's Order within sixty days of the filing of the Complaint, i.e., by December 28, 2020. To date, the copies of the Proof of Service have not been filed with the Court. Accordingly, **no later than January 27, 2021, plaintiffs are ordered to show cause, in writing,** why this case should not be dismissed for failure to prosecute. Filing of the two copies of the Proof of Service on or before January 27, 2021, shall be deemed compliance with this Order to Show Cause. **Failure to respond to this Order shall result in dismissal of this action**.

cc:     Gregory R. Miranda, Pro Se
        Joanna Padilla, Pro Se

Initials of Deputy Clerk____ch____