JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GREGORY R. MIRANDA, <u>et al.</u>, | No. CV 20-9004-SB (PLA) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ROBERT GUZMAN LUNA, <u>et al.</u>, | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: February 18, 2021

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE